USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 6/7/06

Bond No. 104746403

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U. S. BANK NATIONAL ASSOCIATION, as Trustee,

Plaintiff,

-against-

PMCC CALPINE NEW ENGLAND INVESTMENT LLC and PMCC CALPINE NEIM LLC,

Defendants.

---

MISC 06 049ML

**BOND OF RECEIVER**

06 Civ. 3906 (JSR)

**KNOW ALL MEN BY THESE PRESENTS, That we, JAMES A. GOODMAN c/o Kelley Drye & Warren LLP of 101 Park Avenue, New York, NY 10178,** and **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**, having an office and place of business for the State of New York at One State Street, 11th Floor, New York, NY 10004, as Surety, are held and firmly bound unto THE UNITED STATES OF AMERICA, in the sum of **ONE MILLION AND 00/100THS --------------($1,000,000.00)DOLLARS**, lawful money of the United States, to be paid to UNITED STATES OF AMERICA, for which payment, well and truly to be made, the said **JAMES A. GOODMAN** binds himself/his heirs, executors and administrators, and the said Company binds itself, its successors and assigns, jointly and severally, firmly by these presents.

Sealed with our seals, and dated the 7th day of June, 2006.

**WHEREAS,** by an Order made on the 6th day of June, 2006, by the Honorable Jed S. Rakoff, United States District Judge of the above entitled Court, the above named **JAMES A. GOODMAN** was duly appointed Receiver of certain assets of PMCC Calpine New England Investment LLC, specifically two power plant facilities located in Tiverton, Rhode Island and Rumford, Maine (the "Facilities"), and certain other assets necessary to restore the Facilities to operation.

**NOW, The CONDITION OF THIS OBLIGATION IS SUCH,** That, if the said **JAMES A. GOODMAN** shall faithfully discharge the duties of his trust, and shall duly account for all moneys received by him as such Receiver, then this obligation shall be void, otherwise to be in full force and effect.

By: James A. Goodman
James A. Goodman, Principal

Travelers Casualty and Surety Company of America

By: Maria Sponza
Maria Sponza, Attorney-In-Fact

Approved 6/9/06
J. Michael McMahon
Clerk
By ______
Dep Clerk

# TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
## HARTFORD, CT. 06183

### ATTORNEY-IN-FACT JUSTIFICATION
### PRINCIPAL'S ACKNOWLEDGMENT — IF A CORPORATION

State of New York, County of } ss.

On this day of , 20 , before me personally appeared , to me known, who, being by me duly sworn, deposes and says: That he/she resides in the City of ; that he/she is the of , the corporation described in and which executed the within instrument; that he/she knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation, and that he/she signed his/her name thereto by like order.

### PRINCIPAL'S ACKNOWLEDGMENT — IF INDIVIDUAL OR FIRM

State of New York, County of New York } ss.

On this 7th day of June, 2006, before me personally appeared James A. Goodman to me known to be (the individual) (one of the firm of ) described in and who executed the within instrument, and he/she thereupon duly acknowledged to me that he/she executed the same (as the act and deed of said firm).

Anne H Pak
ANNE H. PAK
Notary Public, State Of New York
No. 02PA6092795
Qualified in New York County
Commission Expires May 27, 2007

### SURETY COMPANY'S ACKNOWLEDGMENT

State of New York, County of New York } ss.

On this 7th day of June, 20 06, before me personally appeared Maria Sponza to me known, who, being by me duly sworn, did depose and say: That he/she resides in the City of New York; that he/she is Attorney-in-Fact of TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, the corporation described in and which executed the within instrument; that he/she knows the corporate seal of said Company; that the seal affixed to said instrument is such corporate seal; and that he/she signed said instrument as Attorney-in-Fact by authority of the Board of Directors of said Company; and affiant did further depose and say that the Superintendent of Insurance of the State of New York has, pursuant to Chapter 882 of the Laws of the State of New York for the year 1939, constituting chapter 28 of the Consolidating Laws of the State of New York as the Insurance Law as amended, issued to TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA his/her certificate that said Company is qualified to become and be accepted as surety or guarantor on all bonds, undertakings, recognizances, guaranties, and other obligations required or permitted by law; and that such certificate has not been revoked.

Anita Hunter
ANITA HUNTER
Notary Public, State of New York Notary Public
No. 43-4820871
Qualified in Richmond County
Commission Expires April 30, 2007

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
Hartford, Connecticut 06183

FINANCIAL STATEMENT AS OF DECEMBER 31, 2005
AS FILED WITH THE INSURANCE DEPT. OF THE STATE OF NEW YORK
CAPITAL STOCK $ 6,000,000

| ASSETS | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|
| Cash & Invested Cash | $ | 18,722,611 | Unearned Premiums | | $ | 636,314,350 |
| Bonds | | 2,394,448,295 | Losses | | | 713,236,642 |
| Stock | | 7,822,516 | Loss Adjustment Expenses | | | 114,606,239 |
| Investment Income Due and Accrued | | 29,925,538 | Commissions | | | 27,023,959 |
| | | | Taxes, Licenses and Fees | | | 19,154,612 |
| Premium Balances | | 149,728,693 | Other Expenses | | | 26,897,510 |
| Reinsurance Recoverable | | 17,473,347 | Current Federal and Foreign Income Taxes | | | 47,731,649 |
| Net Deferred Tax Asset | | 41,206,507 | | | | |
| Other Assets | | 21,067,146 | Payable to Parent, Subsidiaries & Affiliates | | | 28,592,860 |
| | | | Other Accrued Expenses and Liabilities | | | 211,728,395 |
| | | | Total Liabilities | | $ | 1,825,284,216 |
| | | | Capital Stock | | | |
| | | | Paid In Surplus | 6,000,000 | | |
| | | | Other Surplus | 303,297,402 | | |
| | | | Total Surplus to Policyholders | 545,815,035 | $ | 855,112,437 |
| Total Assets | | 2,680,396,653 | Total Liabilities & Surplus | | $ | 2,680,396,653 |

Securities carried at $13,645,490 in the above statement are deposited with public authorities, as required by law

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

ST PAUL TRAVELERS

# POWER OF ATTORNEY

**Farmington Casualty Company**
**Fidelity and Guaranty Insurance Company**
**Fidelity and Guaranty Insurance Underwriters, Inc.**
**Seaboard Surety Company**
**St. Paul Fire and Marine Insurance Company**
**St. Paul Guardian Insurance Company**
**St. Paul Mercury Insurance Company**
**Travelers Casualty and Surety Company**
**Travelers Casualty and Surety Company of America**
**United States Fidelity and Guaranty Company**

**Attorney-In Fact No.** 213755

**Certificate No.** 000049465

**KNOW ALL MEN BY THESE PRESENTS:** That Seaboard Surety Company is a corporation duly organized under the laws of the State of New York, that St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company and St. Paul Mercury Insurance Company are corporations duly organized under the laws of the State of Minnesota, that Farmington Casualty Company, Travelers Casualty and Surety Company, and Travelers Casualty and Surety Company of America are corporations duly organized under the laws of the State of Connecticut, that United States Fidelity and Guaranty Company is a corporation duly organized under the laws of the State of Maryland, that Fidelity and Guaranty Insurance Company is a corporation duly organized under the laws of the State of Iowa, and that Fidelity and Guaranty Insurance Underwriters, Inc. is a corporation duly organized under the laws of the State of Wisconsin (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint

Anita Hunter, Maria Sponza, Sybil Levine, Carol Levine, and Margaret McLaughlin

of the City of New York, State of New York, their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF,** the Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this 26th day of January, 2006.

**Farmington Casualty Company**
**Fidelity and Guaranty Insurance Company**
**Fidelity and Guaranty Insurance Underwriters, Inc.**
**Seaboard Surety Company**
**St. Paul Fire and Marine Insurance Company**
**St. Paul Guardian Insurance Company**
**St. Paul Mercury Insurance Company**
**Travelers Casualty and Surety Company**
**Travelers Casualty and Surety Company of America**
**United States Fidelity and Guaranty Company**

State of Connecticut
City of Hartford ss.

By: George W. Thompson, Senior Vice President

On this the 26th day of January, 2006, before me personally appeared George W. Thompson, who acknowledged himself to be the Senior Vice President of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

**In Witness Whereof,** I hereunto set my hand and official seal.
My Commission expires the 30th day of June, 2006.

Marie C. Tetreault, Notary Public

58440-9-05 Printed in U.S.A.

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER