UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

U.S. BANK NATIONAL ASSOCIATION, as Trustee,

Plaintiff,

v.

PMCC CALPINE NEW ENGLAND INVESTMENT LLC and PMCC CALPINE NEIM LLC*

Defendant.

Misc. 06-049 ML

(Related Action:
06 Civ. 3906 (JSR)
U.S. District Court
Southern District of NY)

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant PMCC Calpine New England Investment LLC certifies that:

1. The sole member of PMCC Calpine New England Investment LLC is PMCC Calpine NEIM LLC.

2. The only corporate or other parent, subsidiary or affiliate of Defendant PMCC Calpine New England Investment LLC, the securities or other interests of which are publicly held, is Altria Group Inc., which is an indirect parent of this defendant. Altria Group Inc. is the only publicly held company that indirectly or directly owns a 10% or greater interest in Defendant PMCC Calpine New England Investment LLC.

*By order dated June 6, 2006 in the United States District Court, Southern District of New York, Defendant PMCC Calpine NEIM LLC was dismissed from the case on consent of the parties.

Respectfully submitted,

[signature]
David A. Wollin, #4950
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903-2443
Tel. (401) 274-7200
Fax. (401) 351-4607
Dated: 6/15/06

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June, 2006, I served a copy of the within by ~~facsimile/hand delivery/~~First Class mail, postage prepaid to the following counsel of record:

Keith H. Wofford
Anne H. Pak
Ropes & Gray LLP
45 Rockefeller Plaza
New York, NY 10111-0087

Ira H. Goldman
Corrine L. Burnick
Marie C. Pollio
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

Richard G. Smolev
Paul C. Llewellyn
Shafali M. Kothari
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

________________________

384675_1.doc